UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENHAO GUO,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF STATE; ANTHONY BLINKEN, SECRETARY OF STATE,<br><br>  Defendants. | No. 2:21-cv-1597 JAM DB PS<br><br><br><br>ORDER |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 21, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The thirty-day period has expired and plaintiff has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

1

## CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 1, 2022 (ECF No. 10) are **ADOPTED** in full;

2. Plaintiff's complaint (ECF No. 1) is **DISMISSED** without prejudice; and

3. This action is **CLOSED**.

Dated: July 18, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

\guo1597.jo